# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | § CRIM NO. 4:21-CR-298-ALM-CAN-1 |
| | § |
| **LAQUON ASHTON (1)** | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 5, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #15) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months to be served consecutively with any other term of imprisonment imposed, with no term of supervised release to follow. The Magistrate Judge further recommended Defendant be placed at the Federal Correctional Institute in Seagoville, Texas, or at the Federal Medical Center in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #16), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months to be served consecutively with any other term of imprisonment imposed, with no term of supervised release to follow. The Court recommends Defendant be placed at the Federal Correctional Institute in Seagoville, Texas, or at the Federal Medical Center in Fort Worth, Texas, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 7th day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE